IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GEORGE DECLERCK and BOBBIE J. DECLERCK, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.  14-CV-3365 |
| BANK OF NEW YORK MELLON, et al., | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On November 25, 2014, pro se Plaintiffs filed their Complaint herein and paid all filing fees in full.   A Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (d/e 19) filed by Defendants Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc., and Specialized Loan Servicing LLC, is currently pending before the Court. However, Plaintiffs have not taken steps to perfect service on the remaining Defendants:   Bank of New York Trust Company, Bank of America Home Loans, CWABS, Inc., CWABS Asset Backed Certificates Series 2007-1, Countrywide Home Loans, Inc., Stan Zotas, Countrywide Securities Corporation, Countrywide Home Loans Servicing, LP, Tristar

Title LLC, RBS Greenwich Capital, Russell C. Wirbicki, Diana A. Carpintero, Kenneth J. Nannini, Laurence J. Goldstein, James A. Meece, James D. Major, Christopher J. Irk, Emily S. Kresse, Shara Netterstrom, The Wirbicki Law Group, LLC, CoreLogic, and Swarupa Slee.

Federal Rule of Civil Procedure 4(m) directs that a plaintiff must serve a defendant within 120 days of filing of the Complaint.   On March 25, 2015, the 120 days for service lapsed.   Plaintiffs were reminded of the 120-day rule by this Court's Text Order of July 28, 2015 and advised if service was not perfected, the case was subject to dismissal for want of prosecution as to the remaining Defendants.   Plaintiffs were directed to file a status report on or before August 10, 2015.   As of this date, Plaintiffs have not responded and have failed to comply with Rule 4(m).

The Court recommends that Plaintiffs' Complaint be dismissed without prejudice for want of prosecution as to Defendants Bank of New York Trust Company, Bank of America Home Loans, CWABS, Inc., CWABS Asset Backed Certificates Series 2007-1, Countrywide Home Loans, Inc., Stan Zotas, Countrywide Securities Corporation, Countrywide Home Loans Servicing, LP, Tristar Title LLC, RBS Greenwich Capital, Russell C. Wirbicki, Diana A. Carpintero, Kenneth J. Nannini, Laurence J.

Goldstein, James A. Meece, James D. Major, Christopher J. Irk, Emily S. Kresse, Shara Netterstrom, The Wirbicki Law Group, LLC, CoreLogic, and Swarupa Slee pursuant to Rule 4(m).

Plaintiffs are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:  August 17, 2015

    FOR THE COURT:

                                       _____s/ Tom Schanzle-Haskins____
                                        TOM SCHANZLE-HASKINS
                                        UNITED STATES MAGISTRATE JUDGE